# Court of Appeals
# of the State of Georgia

ATLANTA,___March 06, 2014___

*The Court of Appeals hereby passes the following order:*

## A14A0760.  RLB HOLDINGS, LLC, BAJJANI SERVICES, INC., and JOE BAJJANI v. BANK OF THE OZARKS.

Having considered the motion of the appellants to withdraw their appeal in this matter, said motion is hereby GRANTED.



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta,*_03/06/2014_____
      *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
      *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*